360 A.2d 648

Castelli, Appellant, v. Corson.

Argued June 14, 1976.   Joseph R. McFadden, with him Kassab, Cherry and Archbold, for appellant;  C. Richard Morton, for appellee.

Judgment affirmed.

360 A.2d 645

Christie v. Christie, Appellant.

Argued June 14, 1976.   Andrew B. Cantor, with him Wisler, Pearlstine, Talone, Craig & Garrity, for appellant;  James A. Cunningham, Assistant District Attorney, and William T. Nicholas, District Attorney, for appellee.

Order affirmed.